UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 13, 2024

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HOOKER,<br><br>Defendant. | Case No.  2:24-mj-00027-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL HOOKER</u> Case No.

<u>2:24-mj-00027-CKD</u>  Charges <u>18 USC § 1956(a)(3)(B)</u> from custody for the following

reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

**x**   Unsecured Appearance Bond $   $50,000.00 signed
_____                                 by the defendant

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

**x**   (Other): <u>. Released forthwith where defendant must
report directly to directly to the Pretrial Services office
on 3/14/2024 at 9:00 AM, in Sacramento, at 501 I
Street, 2nd Floor, Suite 2-400, Sacramento, CA
95814, and with terms as stated on record.</u>

_____

Issued at Sacramento, California on March 13, 2024 at 2:50 PM

Dated:  March 13, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE