Law Offices Of

WING & PARISI

LINDA PARISI

917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-MJ-0027 CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| v. | |
| DANIEL HOOKER<br>Defendant. | |

**STIPULATION**

Defendant Attorney, Linda M. Parisi, by and through defendant Daniel Hooker, and Plaintiff United States of America, by and through its counsel of record, Matthew Thuesen, hereby stipulate as follows:

1. Condition 11 of Mr. Hooker's Special Conditions of Release provides: "You shall not be employed in a position of fiduciary responsibility." ECF 11, ¶ 11.

2. The parties jointly request that Condition 11 be deleted from Mr. Hooker's Special Conditions of Release and that all other conditions remain in full effect.

3. United States Pretrial Services Officer Julian Aguilar does not object to the parties' request.

IT IS SO STIPULATED.

Dated: June 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: June 11, 2024

/s/ LINDA PARISI
LINDA PARISI
Counsel for Defendant
DANIEL HOOKER

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

Dated:  June 12, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE